UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROBERT JOHNSON, et. al.,

    Plaintiffs,

v.                              Case No. 13-C-443

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, Robert Johnson and Charles Johnson, appearing *pro se*, and the Defendant, United States of America, by its attorneys, James L. Santelle, United States Attorney for the Eastern District of Wisconsin, and Lennie A. Lehman, Assistant United States Attorney for said district, hereby stipulate and agree that pursuant to Rule 41(a)(2) of the Federal Rules of civil Procedure, this matter be dismissed with prejudice and without costs or fees.

| | |
|---|---|
| 12/24/13 | /s/ Robert Johnson |
| Date | ROBERT JOHNSON |
| | Plaintiff, *pro se* |
| | |
| 12/25/13 | /s/ Charles Johnson |
| Date | CHARLES JOHNSON |
| | Plaintiff, *pro se* |

|  |  | JAMES L. SANTELLE |
|---|---|---|
|  |  | United States Attorney |
| <u>12/27/13</u> | By: | <u>/s Lennie A. Lehman</u> |
| Date |  | LENNIE A. LEHMAN |
|  |  | Assistant United States Attorney |
|  |  | Attorneys for Defendant |
|  |  | Wisconsin State Bar No. 1014711 |
|  |  | United States Attorney's Office |
|  |  | Eastern District of Wisconsin |
|  |  | 517 East Wisconsin Avenue, Rm 530 |
|  |  | Milwaukee, WI 53202 |
|  |  | Telephone: (414) 297-4503 |
|  |  | Fax: (414) 297-4394 |
|  |  | Email: lennie.lehman@usdoj.gov |